908

No. 703. FRED MEYER, INC., ET AL. v. FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied. *Edward F. Howrey, Terrence C. Sheehy* and *George W. Mead* for petitioners. *Solicitor General Marshall, Assistant Attorney General Turner* and *James McI. Henderson* for respondent.

No. 766. JAKOB v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *William R. Glendon* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 791. WALLERSTEIN ET AL. v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied. *Madison B. Graves* and *Robert W. Hughes* for petitioners. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Henry Geller, John H. Conlin* and *Lenore G. Ehrig* for respondent.

No. 796. CRANE BOOM LIFE GUARD Co., INC., ET AL. v. SAF-T-BOOM CORP. ET AL. C. A. 8th Cir. Certiorari denied. *Osro Cobb* for petitioners. *Wayne W. Owen* for respondents.

No. 829. CENTRAL ILLINOIS PUBLIC SERVICE Co. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Elmer Nafziger* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl, S. Billingsley Hill* and *Robert M. Perry* for the United States.